**Affirmed and Memorandum Opinion filed November 17, 2011.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00511-CR
NO. 14-11-00512-CR

_____

**JASMINE MARIE TORRES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause Nos. 1229619 & 1301028**

---

## MEMORANDUM OPINION

In cause number 1229619, appellant entered a plea of guilty, without an agreed recommendation on punishment, to aggravated robbery with the use of a deadly weapon. On August 26, 2010, the trial court deferred a finding of guilt and placed appellant on community supervision for six years. The State subsequently moved to adjudicate appellant's guilt, alleging that appellant had committed another aggravated robbery offense with the use of a deadly weapon. Appellant entered a plea of true to the State's motion to adjudicate. In cause number 1301028, appellant entered a plea of guilty, without an agreed recommendation on punishment, to the second aggravated robbery

offense.  On June 6, 2011, the trial court sentenced appellant to confinement for twenty years in the Institutional Division of the Texas Department of Criminal Justice in each case, with the sentences to be served concurrently.  Appellant filed a timely notice of appeal in each case.

Appellant's appointed counsel filed a brief in which he concludes that these appeals are wholly frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the records and demonstrating why there are no arguable grounds to be advanced.  *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant.   Appellant was advised of the right to examine the appellate records and file a pro se response.  *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991).   As of this date, more than forty-five days has passed, and no pro se response has been filed.

We have carefully reviewed the records and counsel's brief and agree that these appeals are wholly frivolous and without merit.   Further, we find no reversible error in the records.   We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review.  *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgments of the trial court are affirmed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).